ELECTRONICALLY FILED - 2024 May 18 11:38 AM - FLORENCE - COMMON PLEAS - CASE#2024CP2101252

| | | |
|---|---|---|
| STATE OF SOUTH CAROLINA | ) | IN THE COURT OF COMMON PLEAS |
| | ) | FOR THE TWELFTH JUDICIAL CIRCUIT |
| COUNTY OF FLORENCE | ) | CASE NO.: |
| | ) | |
| ANNIE DOLFORD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **SUMMONS** |
| vs. | ) | (Personal Injury) |
| | ) | (JURY TRIAL REQUESTED) |
| WAL-MART STORES EAST, LP, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

TO THE DEFENDANT ABOVE NAMED:

YOU ARE HEREBY SUMMONED and required to answer the Complaint in this action, of which a copy is herewith served upon you, and to serve a copy of your Answer to said Complaint on the subscribed, Law Office of Linward Edwards II, 821 West Evans Street, Florence, South Carolina 29505, within thirty (30) days after the service hereof, exclusive of the date of such service; and if you fail to answer the Complaint within the time aforesaid, judgment by default will be rendered against you for the relief demanded in the Complaint.

/s Linward C. Edwards II
Linward C. Edwards II
**THE LAW OFFICE OF LINWARD C. EDWARDS II**
821 West Evans Street
Florence, South Carolina 29505
Office phone (843) 410-9605
Facsimile (843) 536-0715

Florence, South Carolina
April 30, 2024

ELECTRONICALLY FILED - 2024 May 18 11:38 AM - FLORENCE - COMMON PLEAS - CASE#2024CP2101252

| | |
|---|---|
| STATE OF SOUTH CAROLINA<br>COUNTY OF FLORENCE | IN THE COURT OF COMMON PLEAS FOR THE TWELFTH JUDICIAL CIRCUIT<br><br>CASE NO.: |
| ANNIE DOLFORD,<br>Plaintiff(s),<br>v.<br>WAL-MART STORES EAST LP,<br>Defendant(s). | **COMPLAINT** |

PLAINTIFF ("Plaintiff"), complaining of Defendant, ("Defendant"), would respectfully show unto the Court as follows:

**JURISDICTION AND VENUE**

1. Plaintiff is and was at all relevant times a citizen and resident of Florence County, South Carolina.

2. Upon information and belief, Defendant is incorporated in and organized pursuant to the laws of South Carolina and has its principal place of business in Florence County, State of South Carolina.

3. That the incident occurred in Florence County, South Carolina.

4. Jurisdiction is proper pursuant to S.C. Code §14-5-350.

5. Venue is proper pursuant to S.C. Code §15-7-30.

ELECTRONICALLY FILED - 2024 May 18 11:38 AM - FLORENCE - COMMON PLEAS - CASE#2024CP2101252

## FACTS

6. Upon information and belief at all times relevant hereto, Defendant was the owner and operator of Walmart Supercenter #630 located at Florence, South Carolina.

7. That at all times relevant, Plaintiff was an invitee at the Store.

8. On or about October 3, 2023, Plaintiff was leaving out of Walmart Supercenter #630 in Florence, South Carolina when the metal transitional piece on floor caused the Plaintiff to fall.

9. Plaintiff, suddenly and without warning, fell violently after the metal transitional piece on floor seized her foot.

10. At the time of the fall, the metal transitional piece on floor that Plaintiff was attempting to walk over was not properly mounted.

11. As a result of said fall, Plaintiff suffered serious and severe personal injuries and damages, medical care, medical treatment, medical expenses, pain and suffering, physical, mental, and emotional anguish, economic loss, permanent disability, and loss of enjoyment of life.

## FOR A FIRST CAUSE OF ACTION
**(Negligence)**

12. The foregoing allegations are repeated herein as if fully set forth verbatim.

13. The careless, negligent, grossly negligent, willful, wanton, and reckless acts and omissions of the Defendant, including by and through its agents, servants, and employees acting within the scope of their employment or duty was the direct and proximate cause of the injuries and damages complained of herein by Plaintiff, said acts being in violation of the applicable laws governing the actions of Defendant including but not limited to any applicable statutes, laws, rules, guidelines, regulations, codes, practices, procedures, or protocols governing the actions of the Defendant through the following:

ELECTRONICALLY FILED - 2024 May 18 11:38 AM - FLORENCE - COMMON PLEAS - CASE#2024CP2101252

a. In creating, maintaining, and allowing to exist an unreasonably dangerous condition on the premises which Defendant knew of should have known of;

b. In failing to properly inspect, warn, and maintain said equipment for possible dangers to invitees;

c. In failing to properly maintain its equipment in a reasonably safe condition;

d. In failing to follow reasonable preventative maintenance procedures;

e. In failing to remedy said dangerous condition;

f. In failing to correct or warn of the dangerous condition within a reasonable time after the Defendant knew or should have known of the dangerous condition existing;

g. In failing to give proper and adequate warnings as to the condition existing, through signs and other means;

h. In failing to take precautions regarding said hazardous and dangerous conditions present;

i. In failing to install a nonslip surface on the floor of the store;

j. In failing to exercise that degree of care and caution which a reasonable and prudent person would have exercised under the same or similar circumstances including but not limited to discovery, remedying, and warning of latent defects and said dangerous conditions;

k. In violating any applicable statutes, laws, rules, guidelines, regulations, codes, technical specifications, methods, practices, procedures, and/or protocols, including those of the Defendant;

l. In failing to take precautions to avoid injuries to the Plaintiff when the Defendant knew or should have known that Plaintiff was in a position of peril from which she could not

ELECTRONICALLY FILED - 2024 May 18 11:38 AM - FLORENCE - COMMON PLEAS - CASE#2024CP2101252

extricate herself and the Defendant had the last clear chance to avoid injuries to the Plaintiff;

m. In failing to provide proper care after an injury occurred at the facility;

n. In having complete disregard for the safety of its invitees; and

o. For such other acts and omissions that may become more apparent through the discovery of this matter.

14. That at all times relevant, the Defendants knew, should have known, had actual notice, or had constructive notice of the dangerous condition which caused the damages herein described and of the matters set forth in this complaint, including the above specifications of negligence, gross negligence, recklessness, willfulness, and wantonness regarding the said area which was under the direct ownership, dominion, possession, or control of the Defendant by and through their agents, servants and employees acting within the scope of their duty.

15. That these negligent, grossly negligent, willful, wanton, or reckless acts were the direct and proximate cause of Plaintiff's injuries and damages which include but are not limited to medical care, medical treatment, medical expenses, pain and suffering, physical, mental, and emotional anguish, economic loss, permanent disability, loss of enjoyment of life, inconvenience and travel, and other damages.

16. That the Defendant knew or should have known of the dangerous condition present on the premises which they owned, possessed, exercised dominion over or controlled, that their customers were to be in the vicinity of this dangerous condition, that the condition was likely to cause injury, and that the expense of remedying the situation was slight compared to the magnitude of the risk.

ELECTRONICALLY FILED - 2024 May 18 11:38 AM - FLORENCE - COMMON PLEAS - CASE#2024CP2101252

**WHEREFORE,** Plaintiff requests that judgment be entered against Defendants on all causes of action and that Plaintiff be awarded:

A) Actual damages;

B) Punitive damages;

C) A trial by jury as to all causes of action properly triable;

D) Any attorney's fees which may be properly pled;

E) Costs and disbursements; and

F) Such other and further relief as the Court may deem just and proper.

Respectfully submitted,

LAW OFFICE OF LINWARD C. EDWARDS II, LLC

s/ Linward C. Edwards II
Linward C. Edwards II, Esq.
SC Bar No.: 100303
821 West Evans Street
Florence, SC 29501
Office phone (843) 410-9605
Facsimile (843) 536-0715

ATTORNEY FOR PLAINTIFF

Florence, South Carolina
April 5, 2024